**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **Nitetek Licensing LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**Juniper Networks, Inc.,**<br><br>  Defendant. | Case No.<br><br>Patent Case<br><br>Jury Trial Demanded |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

Dated: August 26, 2021         Respectfully submitted,

                */s/ Jimmy Chong*
                Jimmy Chong (#4839)
                2961 Centerville Road, Suite 350
                Wilmington, DE 19808
                Telephone: (302) 999-9480
                Facsimile: (302) 800-1999
                Email: chong@chonglawfirm.com

                **Counsel for Plaintiff
                Nitetek Licensing LLC**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on August 26, 2021, via the Court's CM/ECF system.

<em><u>/s/ Jimmy Chong</u></em><br>
Jimmy Chong (#4839)