# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NITETEK LICENSING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1225 (MN) |
| | ) |
| JUNIPER NETWORKS, INC. | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR EXTENSION OF TIME

Plaintiff Nitetek Licensing LLC ("Nitetek") and Juniper Networks, Inc. ("Juniper") by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that the time for Juniper to answer, move, or otherwise plead in response to Nitetek's Complaint (D.I. 1) shall be extended 32 days to October 25, 2021.

Dated: September 15, 2021

| | |
|---|---|
| /s/ Jimmy Chong | /s/ Cortlan S. Hitch |
| Jimmy Chong (#4839) | Kenneth L. Dorsney (#3726) |
| CHONG LAW FIRM PA | Cortlan S. Hitch (#6720) |
| 2961 Centerville Road, Suite 350 | MORRIS JAMES LLP |
| Wilmington, DE 19808 | 500 Delaware Ave., Ste. 1500 |
| Telephone: (302) 999-9480 | Wilmington, DE 19801-1494 |
| Facsimile: (302) 800-1999 | (302) 888-6800 |
| Email: chong@chonglawfirm.com | kdorsney@morrisjames.com |
| | chitch@morrisjames.com |
| *Attorney for Plaintiff* | |
| | *Attorneys for Defendant* |

**SO ORDERED** this ____ day of _____, 2021.

_____
United States District Court Judge