IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NITETEK LICENSING LLC., <br><br> *Plaintiff,* <br><br> v. <br><br> JUNIPER NETWORKS, INC., <br><br> *Defendant.* | Civil Action No. 1:21-cv-01225-MN <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT JUNIPER NETWORKS, INC.'S MOTION TO DISMISS NITETEK LICENSING LLC'S COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(B)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Juniper Networks, Inc. ("Juniper") moves to dismiss Plaintiff Nitetek Licensing LLC's ("Nitetek") complaint for failure to state a claim. The grounds for this Motion are set forth in Juniper's Opening Brief, filed herewith.

Dated: October 25, 2021

*Of Counsel:*

Megan Olesek
Marc David Peters
Louis L. Wai
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
olesek@turnerboyd.com
mdpeters@turnerboyd.com
wai@turnerboyd.com

　　*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendant
Juniper Networks, Inc.*

1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NITETEK LICENSING LLC., | |
| *Plaintiff,* | |
| v. | Civil Action No. 1:21-cv-01225-MN |
| JUNIPER NETWORKS, INC., | **JURY TRIAL DEMANDED** |
| *Defendant.* | |

### [PROPOSED] ORDER

Before the Court is Juniper Networks, Inc.'s ("Juniper") Motion to Dismiss Nitetek Licensing LLC's Complaint for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(B)(6). Having considered the parties' submissions as well as the applicable law, Juniper's Motion is hereby GRANTED.  Plaintiff's complaint is DISMISSED with prejudice.


IT IS SO ORDERED this ____ day of _____ , 2021.

                                                                               UNITED STATES DISTRICT JUDGE