# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NITETEK LICENSING LLC, *Plaintiff,* v. JUNIPER NETWORKS, INC., *Defendant.* | Civil Action No. 1:21-cv-01225-MN **JURY TRIAL DEMANDED** |

## DEFENDANT JUNIPER NETWORKS, INC.'S RULE 7.1 DISCLOSURE STATEMENT

In compliance with Federal Rule of Civil Procedure 7.1, Defendant Juniper Networks, Inc. ("Juniper") hereby discloses, by and through its undersigned counsel, that there is no parent corporation of Juniper and that two publicly held corporations (Dodge & Cox and The Vanguard Group) own 10% or more of Juniper's stock.

Dated: October 25, 2021

*Of Counsel:*

Megan Olesek
Marc David Peters
Louis L. Wai
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
olesek@turnerboyd.com
mdpeters@turnerboyd.com
wai@turnerboyd.com

    */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendant
Juniper Networks, Inc.*

1