# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NITETEK LICENSING LLC, *Plaintiff,* v. JUNIPER NETWORKS, INC., *Defendant.* | Civil Action No. 1:21-cv-01225-MN **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Megan Olesek, Marc David Peters, and Louis Wai and to represent Defendant Juniper Networks, Inc. in this matter.

Dated: October 25, 2021

                                                */s/ Kenneth L. Dorsney*
                                                Kenneth L. Dorsney (#3726)
                                                Cortlan S. Hitch (#6720)
                                                MORRIS JAMES LLP
                                                500 Delaware Ave., Ste. 1500
                                                Wilmington, DE 19801-1494
                                                (302) 888-6800
                                                kdorsney@morrisjames.com
                                                chitch@morrisjames.com

                                                *Attorneys for Defendant*
                                                *Juniper Networks, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____            _____
                                                United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective August 30, 2016, I further certify that the annual fee of $25.00 will be submitted upon the filing of this motion.

Date: October 21, 2021        Signed: _____
                                                                         Megan Olesek, Esq.
                                                                         TURNER BOYD LLP
                                                                         702 Marshall Street, Suite 640
                                                                          Redwood City, CA 94063
                                                                          (650) 265-6109
                                                                          olesek@turnerboyd.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective August 30, 2016, I further certify that the annual fee of $25.00 will be submitted upon the filing of this motion.

Date:   October 21, 2021          Signed:   _____
                                            Marc David Peters, Esq.
                                            TURNER BOYD LLP
                                            702 Marshall Street, Suite 640
                                            Redwood City, CA 94063
                                            (650) 521-5935
                                            mdpeters@turnerboyd.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective August 30, 2016, I further certify that the annual fee of $25.00 will be submitted upon the filing of this motion.

Date:  October 21, 2021            Signed: _____
                                            Louis L. Wai, Esq.
                                            TURNER BOYD LLP
                                            702 Marshall Street, Suite 640
                                            Redwood City, CA 94063
                                            (650) 779-5842
                                            wai@turnerboyd.com