# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NITETEK LICENSING LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> JUNIPER NETWORKS, INC., <br><br> *Defendant.* | Civil Action No. 1:21-cv-01225-MN <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL OF CERTAIN *PRO HAC VICE* COUNSEL

PLEASE TAKE NOTICE that Louis Wai, previously of the law firm of Turner Boyd LLP, hereby withdraws his appearance as counsel admitted *pro hac vice* for Juniper Networks, Inc. ("Juniper") in the above-captioned action. Morris James LLP and Turner Boyd LLP will continue to represent Juniper

Dated: November 24, 2021

                                                                                                        MORRIS JAMES LLP

                                                                                                         */s/ Cortlan S. Hitch*
                                                                               Kenneth L. Dorsney (#3726)
                                                                               Cortlan S. Hitch (#6720)
                                                                               500 Delaware Avenue, Suite 1500
                                                                               Wilmington, DE 19801
                                                                               (302) 888-6800
                                                                               kdorsney@morrisjames.com
                                                                               chitch@morrisjames.com

                                                                               *Attorneys for Defendant*
                                                                               *Juniper Networks, Inc.*